**Opinion issued February 27, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00445-CV

_____

## CAROLYN JAMES, INDIVIDUALLY AND AS NEXT FRIEND OF HER MOTHER, MARY OLIVE CALKINS, Appellant

## V.

## LINDA CAROL GOEHRS, Appellee

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Case No. 0875812A

## MEMORANDUM OPINION

Carolyn James sued her brother Richard Steven Calkins over the right to manage the assets of their incapacitated mother. Linda Goehrs, who was purportedly appointed temporary guardian of the mother by a probate court,

intervened. This appeal concerns the aspect of the case related to allegations between James and Goehrs.

The parties agree that the trial court should have dismissed the claims at issue in this appeal. The parties agree that dismissal should have been without prejudice. Accordingly, we reverse the trial court's judgments granting summary judgment to Goehrs and render judgment dismissing all claims between Carolyn James, Individually and As Next Friend of Her Mother, Mary Olive Calkins, and Linda Carol Goehrs, without prejudice.

Any pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.